ent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 144 App. Div. 934, 129 N. Y. Supp. 1116.

COLLELLI, Appellant, v. RUTTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Antonio Collelli against Frank Rutter and another. No opinion. Motion denied, with $10 costs.

COLLINS et al., Respondents, v. PHIPPS, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by Jesse T. Collins and another against Genevieve C. Phipps. A. Benedict of New York City, for appellant. R. D. Thurber, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

CORDAY v. SULZBACH. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Jacob Corday against Jacob Sulzbach. No opinion. Application denied, with $10 costs. Order signed.

COYLE v. LINCH. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Susan Coyle against Geo. W. Linch. No opinion. Motion denied, with $10 costs. Order filed. See, also, 137 N. Y. Supp. 1116.

CRANTZ, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Julius Crantz against the Nassau Electric Railroad Company. No opinion. Reargument ordered, and case set down for Friday, December 13, 1912. See, also, 138 N. Y. Supp. 966.

CRAWFORD, Respondent, v. O'BRIEN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Cornelius Crawford against the O'Brien Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

CROSMAN, Respondent, v. FORBUSH SHOE MFG. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Cortland Crosman against the Forbush Shoe Manufacturing Company and others. No opinion. Judgment reversed, and complaint dismissed, without costs, in accordance with stipulation filed.

CURNOW, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by Edwin H. Curnow against the Morse Dry Dock & Repair Company. No opinion. Motion denied, without cost.

CUTHBERT, Respondent, v. CYLINDER PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Robina Cuthbert, as administratrix, against the Cylinder Paper Company. No opinion. Motion for leave to appeal to Court of Appeals (from 138 N. Y. Supp. 1113) denied, with $10 costs.

DANZIGER et al. v. GOTTLIEB. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Charles S. Danziger and others against Joseph Gottlieb. No opinion. Motion denied, with $10 costs, without prejudice to an application to the Special Term. Order filed. See, also, 143 App. Div. 902, 127 N. Y. Supp. 1117.

DAUCHY et al., Appellants, v. POWERS et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 8, 1913.) Action by William P. Dauchy and another, as administrators with the will annexed, etc., of Albert E. Powers, deceased, and Richard J. Welch, suing on behalf of themselves and all other persons similarly situated, against Edward F. Powers and another, as executors, and Eliza Powers, individually and as executrix, etc., of Nathaniel B. Powers, deceased. No opinion. Motion denied.

DAVID v. EINHORN et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Morris David against William Einhorn and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DAVIDSON v. METROPOLITAN BRIDGE & CONSTRUCTION CO. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Elias. Davidson against the Metropolitan Bridge & Construction Company. No opinion. Motion granted, with $10 costs. Order filed.

DEAN v. EAKINS. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by William H. Dean against William C. Eakins. No opinion. Application denied, with $10 costs. Order signed.

DECKER v. STILWELL. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Margaret Decker against Stephen J. Stilwell. No opinion. Motion granted, with $10 costs. Order filed.

DEKKER v. RICHEY, BROWN & DONALD. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Appeal